IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSAN WATERS and SALLY WATERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PETE RICKETTS in his official capacity as Governor of Nebraska, DOUG PETERSON in his official capacity as Attorney General of Nebraska, LEONARD J. SLOUP in his official capacity as Acting Tax Commissioner of the Nebraska Department of Revenue, JOSEPH ACIERNO in his official capacity as Acting CEO of the Nebraska Department of Health and Human Services, and DAN NOLTE in his official capacity as the Lancaster County Clerk, <br><br> Defendants. | Case No. 8:14-CV-356 <br><br><br> NOTICE OF INTERLOCUTORY APPEAL <br><br> (***FOR IMMEDIATE TRANSMITTAL***) |

Pursuant to 28 U.S.C. § 1292, notice is hereby given that State Defendants Ricketts, Peterson, Sloup, and Acierno appeal to the United States Court of Appeals for the Eighth Circuit this Court's Memorandum and Order of March 2, 2015, granting Plaintiffs' motion (Filing 10) for preliminary injunction. (*see* Memorandum and Order, Filing 54, and Injunction, Filing 55). <u>As State Defendants will be pursuing emergency relief in the Court of Appeals, the Clerk of</u>

1

the District Court is hereby requested to transmit this appeal for **immediate** docketing.

Submitted March 2, 2015.

    **PETE RICKETTS, DOUG PETERSON,
LEONARD J. SLOUP, and JOSEPH ACIERNO,
State Defendants.**

    By: DOUG PETERSON, NE #18146
       *Attorney General of Nebraska*

    By: *s/ David A. Lopez*
       David A. Lopez, NE #24947
       *Assistant Attorney General*

       James D. Smith, NE #15476
       *Solicitor General*

       David T. Bydalek, NE #19675
       *Chief Deputy Attorney General*

       Ryan S. Post, NE #24714
       Danielle L. Jones, NE #25505
       *Assistant Attorneys General*

       OFFICE OF THE ATTORNEY GENERAL
       2115 State Capitol
       Lincoln, Nebraska 68509
       (402) 471-2682
       James.Smith@nebraska.gov
       Dave.Bydalek@nebraska.gov
       Dave.Lopez@nebraska.gov
       Ryan.Post@nebraska.gov
       Danielle.Jones@nebraska.gov

       Attorneys for State Defendants

3

## CERTIFICATE OF SERVICE

    I hereby certify that on March 2, 2015, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, using the CM/ECF system, causing notice of such filing to be served upon all parties' counsel of record.

                               By:   *s/ David A. Lopez*