# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSAN WATERS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PETE RICKETTS, et al.,<br><br>    Defendants. | Case No. 8:14-CV-356<br><br>REQUEST TO SUPPLEMENT THE RECORD ON APPEAL |

TO THE CLERK OF THE DISTRICT COURT:

Please transmit the transcript of the hearing on Plaintiffs' motion for preliminary injunction, held before the Honorable Joseph F. Bataillon, Senior U.S. District Judge, on February 19, 2015 (ECF Doc # 60), to the Clerk of the United States Court of Appeals for the Eighth Circuit to supplement the record in the appeal docketed at *Waters, et al., v. Ricketts, et al.*, No. 15-1452.

Submitted March 9, 2015.

        **PETE RICKETTS, DOUG PETERSON, LEONARD J. SLOUP, and JOSEPH ACIERNO, State Defendants.**

        By:   DOUG PETERSON, NE #18146
                *Attorney General of Nebraska*

        By:   *s/ David A. Lopez*
                David A. Lopez, NE #24947
                *Assistant Attorney General*

                James D. Smith, NE #15476

1

*Solicitor General*

David T. Bydalek, NE #19675
*Chief Deputy Attorney General*

Ryan S. Post, NE #24714
Danielle L. Jones, NE #25505
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
James.Smith@nebraska.gov
Dave.Bydalek@nebraska.gov
Dave.Lopez@nebraska.gov
Ryan.Post@nebraska.gov
Danielle.Jones@nebraska.gov

Attorneys for State Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2015, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, using the CM/ECF system, causing notice of such filing to be served upon all parties' counsel of record.

By: *s/ David A. Lopez*