# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-1452

Susan Waters, et al.

Appellees

v.

Pete Ricketts, in his official capacity as Governor of Nebraska, et al.

Appellants

Dan Nolte, in his official capacity as the Lancaster County Clerk

------------------------------

Liberty Counsel

Amicus on Behalf of Appellant(s)

President of the House of Deputies of the Episcopal Church and the Episcopal Bishops of Missouri and Nebraska, et al.

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:14-cv-00356-JFB)
_____

## ORDER

On the court's own motion, oral arguments and any further consideration of these cases will be deferred pending the Supreme Court of the United States' decisions in Nos. 14-556, 14-562, 14-571, and 14-574 James Obergefell, et al. v. Richard Hodges, etc., et al.

The briefing schedule in this case is suspended pending further order of the court.

April 29, 2015

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans