# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  15-1452

_____

Susan Waters; Sally Waters; Nickolas Kramer; Jason Cadek; Crystal Von Kampen; Carla Morris-Von Kampen; Gregory Tubach; William Roby; Jessica Kallstrom-Schreckengost; Kathleen Kallstrom-Schreckengost; Marjorie Plumb; Tracy Weitz; Randall Clark; Thomas Maddox

Plaintiffs - Appellees

v.

Pete Ricketts, in his official capacity as Governor of Nebraska; Doug Peterson, in his official capacity as Attorney General of Nebraska; Leonard J. Sloup, in his official capacity as Acting Tax Commissioner of the Nebraska Department of Revenue; Courtney Phillips, in her official capacity as CEO of the Nebraska Department of Health and Human Services

Defendants - Appellants

Dan Nolte, in his official capacity as the Lancaster County Clerk

Defendant

-------------------------------

Liberty Counsel

Amicus on Behalf of Appellant(s)

President of the House of Deputies of the Episcopal Church and the Episcopal Bishops of Missouri and Nebraska; General Synod of the United Church of Christ; Reconstructionist Rabbinical Association; Reconstructionist Rabbinical College and Jewish Reconstructionist Communities; Union for Reform Judaism; Unitarian Universalist Association; Affirmation; Covenant Network of Presbyterians; Friends for Lesbian, Gay, Bisexual, Transgender, and Queer Concerns; Methodist Federation for Social Action; More Light Presbyterians; Muslims for Progressive Values; Parity; Reconciling Ministries Network; Reconciling Works: Lutherans for Full Participation; Religious Institute; 24 Employers; American Sociological Association; Howard University School of Law Civil Rights Clinic; Gary J. Gates; Historians of Marriage; Constitutional Law Scholars; American Psychological Association; Nebraska Psychological Association; American Psychiatric Association; American Academy of Pediatrics; American Association for Marriage and Family Therapy; Nebraska Association for Marriage and Family Therapy; American Psychoanalytic Association; National Association of Social Workers; National Association of Social Workers Nebraska Chapter; Family Equality Council; COLAGE; Historians of Antigay Discrimination; Americans United For Separation of Church and State; National Women's Law Center; Connecticut Women's Education and Legal Fund; Legal Momentum; Legal Voice; National Association of Women Lawyers; National Partnership for

Women and Families; Women's Bar Association of the District of Columbia; Women's Bar Association of Illinois; Women's Law Project; Williams Institute Scholars of Sexual Orientation and Gender Law

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:14-cv-00356-JFB)

_____

## AMENDED JUDGMENT

This judgment is amending the judgment of August 11, 2015 by adding the following to the end of the judgment:  All pending motions are denied.

Before WOLLMAN, SMITH and BENTON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.  All pending motions are denied.

August 11, 2015

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans