# AFFIDAVIT OF BOBBIE MCGOWAN

STATE OF NEBRASKA )
) ss.
COUNTY OF LANCASTER )

COMES NOW Bobbie J. McGowan, and being first duly sworn upon oath, states as follows to the facts contained:

1. I am a resident of Lancaster County Nebraska and am legally married to Jennifer L. McGowan. We married July 15, 2013, in Potsdam, New York, and have been in a committed relationship for five years.

2. On August 2, 2015, Jennifer gave birth to our son S.A. McGowan, in Lincoln, Nebraska. Jennifer requested that I, as her spouse, be added on the birth certificate after giving birth. Hospital staff indicated they did not have new forms and we would need to contact the Office of Vital Records to obtain a birth certificate.

3. Jennifer's insurance company sent her a letter on August 20, 2015, stating if we did not provide a record of birth our son's insurance would be canceled.

4. I called the office of Vital Records on August 20, 2015, at 1:29 p.m. and again at 1:32 p.m. I was transferred me to someone in the birth certificate office. The lady who answered the phone said she could not help me and I would have to talk with Stanley Cooper, the HHS Administrator. I was then transferred to his line where I left a message explaining we were a legally married couple waiting on our copy of the birth certificate with both our names on it for medical insurance coverage for our son.

5. On September 8, 2015, at 11:55 p.m., I called Stanley Cooper, the administrator of Vital Records and left a voice mail. Mr. Cooper called back at 1:43 p.m., then I called him back two more times that day, at 2:00 p.m. and at 2:06 p.m., both times leaving voice mails. He returned the calls on September 10, 2015 at 8:45 a.m. leaving a voice mail to return his call.

6. Jennifer went in person to the office of Vital Records on September 9, 2015 to get a copy of our son's birth certificate. She received a copy of the birth certificate that had did not list me as a parent and did not indicate she was married.

_____
Bobbie McGowan

SUBSCRIBED and SWORN to before me this 21st day of September, 2015.

_____
Notary Public

GENERAL NOTARY - State of Nebraska
SUSAN A MEYERS
My Comm. Exp. April 10, 2017

EXHIBIT D