# AFFIDAVIT OF STEFANIE FLODMAN

STATE OF NEBRASKA   )
                    ) ss.
COUNTY OF LANCASTER )

COMES NOW Stefanie Flodman and being first duly sworn upon oath, states as follows to the facts contained:

1. On or about September 10, 2015, I called the Lincoln, Lancaster County Office of Vital Records on behalf of my Clients, Jennifer and Bobbie McGowan.

2. I am an attorney in the State of Nebraska, I explained that my clients were a legally married lesbian couple who had given birth to a child on August 2, 2015, and both wanted to be on the birth certificate. I was told I would need to speak to the administrator regarding that issue. I left a message for Stanley Cooper, the Administrator of the Office of Vital Records.

3. I received a call back from Mr. Cooper on September 14, 2015. Mr. Cooper indicated the department would be unable to place the same-sex spouse on the birth certificate as requested. I asked Mr. Cooper to clarify whether he could not or would not place the spouse on the birth certificate. I explained the trouble my clients were having with accessing insurance and funding my clients set aside to pay for the hospital NICU expenses. Mr. Cooper indicated the policy was directed from "the top" meaning his superiors and there was nothing he could do.

_____
Stefanie Flodman, #21944

SUBSCRIBED and SWORN to before me this 21st day of September, 2015.

_____
Notary Public

GENERAL NOTARY - State of Nebraska
SUSAN A MEYERS
My Comm. Exp. April 10, 2017

EXHIBIT
E