# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-1452

Susan Waters, et al.

Appellees

v.

Pete Ricketts, in his official capacity as Governor of Nebraska, et al.

Appellants

Dan Nolte, in his official capacity as the Lancaster County Clerk

------------------------------

Liberty Counsel

Amicus on Behalf of Appellant(s)

President of the House of Deputies of the Episcopal Church and the Episcopal Bishops of Missouri and Nebraska, et al.

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:14-cv-00356-JFB)
_____

**MANDATE**

In accordance with the opinion and judgment of 08/11/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 24, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit